UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>vs.<br><br>WENDY DICKINSON,<br><br>          Defendant. | CASE NO.:   2:19-mj-00532-EJY |

## FINDINGS AND ORDER

1. That the defendant has completed 4 hours of community service toward the 64 hours ordered and the balance of the community service hours due having been converted to $10.00 per hour;

2. That the defendant submitted payment of $1,110.00 to be applied to the $500.00 fine, the $10.00 assessment fee and $600.00 for the conversion of the community service hours;

3. That the parties agree that the defendant completed all the obligations imposed by the Court, the parties agree to jointly move to allow the defendant to withdraw her plea of guilty to Count One Operating a Motor Vehicle while Under the Influence of Alcohol;

4. That the Government will move to amend Count One of the Complaint to a charge of Reckless Driving, a violation of 36 CFR § 4.2 and N.R.S. 484B.653. The Defendant will plead guilty to the Amended Count One of the Complaint;

1

## ORDER

IT IS HEREBY ORDERED that the original sentence be applied to the Reckless Driving conviction.

IT IS FURTHER HEREBY ORDERED that the case be closed and the June 16, 2020 date vacated.

DATED this 12th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE